Bruce W. KOENIG, Plaintiff-Appellant,

and

Larry E. Horton, Plaintiff,

v.

Bobby SHEARIN; M. Yacenech; CO II Gutillo, Defendants–Appellees,

and

State of Maryland; Maryland Division of Correction, Defendants.

No. 15–7103.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 20, 2015.

Bruce Wayne Koenig, Appellant Pro Se. Stephanie Judith LaneWeber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koenig*

*v. Shearin,* No. 1:13–cv–03911–JFM (D. Md. filed June 23, 2015 & entered June 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*